FREDERICK MESSERSCHMIDT, Respondent, v. JAMES McCREERY & COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Stapleton, Mills and Rich, JJ.

HERBERT A. O'BRIEN, Respondent, v. CHARLES E. COOGAN, Defendant, Impleaded with JOHN HENRY TEMPLEMAN and COOGAN & TEMPLEMAN, INC., Appellants.— Order of the County Court of Queens county reversed, with costs, and motion granted upon payment of costs taxable in the trial court. We think that in the interest of justice a new trial should have been ordered. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

MATILDA PASKA, an Infant, by ANDREW BIDLEK, Her Guardian ad Litem, Respondent, v. THE BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant.— Judgment reversed and new trial granted, costs to abide the event, on the ground that the verdict is contrary to and against the weight of the evidence. Jenks, P. J., Stapleton, Mills and Rich, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL CRAVEN, Appellant.— Judgment of conviction of the County Court of Kings county affirmed. No opinion. Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN W. READY, Appellant.— Judgment of conviction of the County Court of Westchester county reversed and a new trial ordered, upon the ground of error in receiving the testimony of Miss Wilber of the history of the complainant's alleged relations with the defendant and others, which was not voluntary complaint or related to the *res gestæ*, but mere narration reluctantly made to Miss Wilber by reason of her inducing questions. It is also suggested that upon another trial competent evidence of complainant's declarations of parentage of her child be admitted, unless the People shall disclaim intention to impute the same to the defendant. It is considered that the facts justified submission to the jury of the question whether the defendant was guilty of the crime of incest. Jenks, P. J., Thomas, Stapleton and Putnam, JJ., concurred; Carr, J., not voting.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DAVID G. LEGGET, Appellant, v. JOHN T. FETHERSTON, as Commissioner of Street Cleaning of the City of New York, and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Stapleton, Mills and Rich, JJ., concurred; Carr, J., not voting.